**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD LACOUR,<br><br>      Plaintiff,<br><br>  v.<br><br>ALEX VILLANUEVA,<br><br>      Defendant. | NO. CV 22-07645 DMG (KS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Amended Complaint, the October 17, 2023 Report and Recommendation of United States Magistrate Judge ("Report"), and all records herein. The time for filing Objections to the Report has passed and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that: (1) Defendant Los Angeles County Sheriff's Department's Motion for Judgment on the Pleadings is **GRANTED** for lack of opposition under Local Rule 7-12; and, alternatively, (2) Judgment shall be entered dismissing this action without prejudice for Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and under Local Rule 41-6.

DATED: March 6, 2024

                                                            DOLLY M. GEE<br>                                                  UNITED STATES DISTRICT JUDGE