JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD LACOUR, | ) | NO. CV 22-07645 DMG (KS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| ALEX VILLANUEVA, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: March 6, 2024

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE